IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA          No. C 11-6282 TEH (PR)

_____/    ORDER OF DISMISSAL

On December 14, 2011, Plaintiff, a state prisoner presently incarcerated at California State Prison - Sacramento ("CSP-Sacramento"), filed a letter with this court addressed to Senior District Judge Lawrence K. Karlton of the United States District Court for the Eastern District of California and to the "Coleman Special Master's Team."[1] Doc. #1. In his letter, Plaintiff alleges that he is being mistreated by CSP-Sacramento's mental health department. Doc. #1. The Court Clerk notified Plaintiff in writing at that time that his action was deficient

---

[1] **Coleman v. Wilson**, 912 F. Supp. 1282 (E.D. Cal. 1995), which involved a class of prisoner-plaintiffs with serious mental disorders, has been consolidated with another federal class action, **Plata v. Schwarzenegger**, No. C 01-01351 TEH (N.D. Cal., filed 2001).

1  because his complaint was incomplete (Doc. #2) and because he had
2  neither paid the requisite $350.00 filing fee nor submitted a signed
3  and completed court-approved in forma pauperis application (Doc.
4  #3).  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that
5  failure to file the requested items within thirty (30) days would
6  result in dismissal of the action.  Doc. ## 2 & 3.
7          Over forty (40) days have elapsed since Plaintiff was
8  notified of his filing deficiencies; however, he has neither
9  provided the Court with the requisite items nor filed a request for
10 an extension of time to do so.  The action, therefore, is DISMISSED
11 without prejudice.  No filings fees are due.
12         The Clerk is directed to terminate all pending motions as
13 moot and close the file.
14
15         IT IS SO ORDERED.
16
17 DATED     02/06/2012
                                     THELTON E. HENDERSON
18                                  United States District Judge
19
20
21
22
23 G:\PRO-SE\TEH\CR.11\Canada-11-6282-no complaint-no ifp-dismissal.wpd
24
25
26
27
28                                  2